# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**CHARLI E. MASSEY,**

    Plaintiff,

**v.**                                                 No. 18-cv-1122 GJF/SMV

**CITY OF RUIDOSO DOWNS,**

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**     January 7, 2019, at 1:30 p.m.

**Matter to be heard:** Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is set for **January 7, 2019, at 1:30 p.m.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                  **STEPHAN M. VIDMAR**
                                                **United States Magistrate Judge**