# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

CHARLI E. MASSEY,

                  Plaintiff,

vs.                                       CIVIL NO. 2:18-CV-01122 GJF/SMV

CITY OF RUIDOSO DOWNS,

                  Defendant.

## ORDER GRANTING STIPULATED MOTION TO EXTEND
## DISCOVERY DEADLINE AND THE PRETRIAL MOTION DEADLINE

This matter came before the Court on the Stipulated Motion to Extend Discovery Deadline and the Pretrial Motion Deadline (Doc. 47). The Court, having reviewed the Motion and being fully advised, concludes that good cause exists to grant the Motion. The Court ORDERS that the discovery deadline is extended until November 15, 2019 so that the parties may depose the witnesses identified in the Motion. The Court further ORDERS that the deadlines extended as follows:

Termination of Discovery – November 15, 2019

Motions related to discovery filed by – November 30, 2019

Pretrial Motions other than discovery motions – December 15, 2019

Proposed Pretrial Order due from Plaintiff to Defendant by- December 30, 2019

Proposed Pretrial Order due from Defendant to the Court by – January 10, 2020.

All other deadlines stated in the scheduling order (Doc. 27) remain in effect.

ORDERED BY THE COURT this __25th__ day of __September__, 2019.

_____
THE HONORABLE STEPHAN M. VIDMAR

Submitted by:

_/s/ J. Robert Beauvais_
Counsel for Plaintiff

Approved by

_Approved via Electronic Mail 9-25-19_
Gabriela Delgadillo
Counsel for Defendant